JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARRYL SILAS, | No. CV 08-6328-MMM (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 31, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE